**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60557-EA**

**Eladio Cruz Pichardo,**

      Petitioner,

v.

**Carlos Nunez,** *in his official capacity as Assistant Field Office Director, Broward Transitional Center*,
**Cynthia Swain,** *in her official capacity as Warden of Broward Transitional Center*,
**Garrett Ripa,** *in his official capacity as Miami Field Office Director, Immigration and Customs Enforcement and Removal Operations*,
**Todd Lyons,** *in his official capacity as Acting Director of Immigration and Customs Enforcement*,
**Kristi Noem,** *in her official capacity as Secretary of the Department of Homeland Security*,
**Pamela Bondi,** *in her official capacity as Attorney General*,
**Executive Office for Immigration Review,**

      Respondent.

_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained despite being allegedly granted temporary protected status [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 24th day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Kenia Garcia**
Garcia & Qayum Law Group, PA
3475 West Flagler Street
Miami, FL 33135
786-502-1120
Fax: 305-503-7370
Email: kenia@gqlawgroup.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov