**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-60557-EA**

**Eladio Cruz Pichardo,**

Petitioner,

v.

**Carlos Nunez, et al.,**

Respondents,
_________________________________/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' joint stipulation of dismissal. [ECF No. 20]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of August 2026.

Ed Artau

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Kenia Garcia**
Garcia & Qayum Law Group, PA
3475 West Flagler Street
Miami, FL 33135
786-502-1120
Fax: 305-503-7370
Email: kenia@gqlawgroup.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brittany B. Brock**
US Attorney's Office
Email: brittany.brock@usdoj.gov